UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:18-cv-00623-GCM

| | |
|---|---|
| MICHELLE FAIRCHILD, individually, and as Executrix of the Estate of JEFFREY FAIRCHILD<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL JAMES FAIRCHILD and PRIMERICA LIFE INSURANCE COMPANY<br><br>Defendants. | **ORDER ALLOWING DEPOSIT OF FUNDS** |

Upon the Motion for Leave to Deposit Funds by Defendant Primerica Life Insurance Company, it is hereby ORDERED that the Court shall accept the deposit of $420,000.00, plus applicable interest, pending further orders of this Court.

Signed: December 19, 2018

Graham C. Mullen
United States District Judge